THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James M. Dixon, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2009-UP-461
Submitted October 1, 2009  Filed October
 12, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM: 
 James M. Dixon appeals his conviction for assault and battery with intent to
 kill, arguing the trial judge erred in denying his motion for a directed
 verdict.  After a thorough review of the
 record and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
HUFF,
 THOMAS, and PIEPER, JJ., concur.           

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.